

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| HUI ZENG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:07cv310 (JCC) |
| ) | |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant ELECTRONIC DATA SYSTEMS CORPORATION's Motion to Dismiss is GRANTED in part, and DENIED in part;

(2) Plaintiff HUI ZENG's Count VI (Negligent Retention) is dismissed from the Complaint with prejudice.

(3) The Clerk of Court will forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

/s/
James C. Cacheris
United States District Judge

Alexandria, Virginia
June 18, 2007