UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HUI ZENG,                              )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 ) Civil Action No. 1:07cv310
                                       )
ELECTRONIC DATA SYSTEMS                )
CORP., et al.,                         )
                                       )
        Defendants.                    )

MEMORANDUM OPINION

THIS MATTER came before the Court for consideration of costs and fees to be imposed pursuant to Fed. R. Civ. P. 37(a)(4) and this Court's Order of August 10, 2007.

The Court has reviewed defendants' Statement of Fees and Costs incurred in connection with preparing their Opposition to Plaintiff's Motion to Exclude the Testimony of Jennifer Hampton and related Motions (#s 41, 42, 43), and finds that the amounts set forth in the Statement were reasonable and necessary fees incurred in opposing the Motions.  Thus, the Court finds that plaintiff HUI ZENG and her Counsel, Charlson Bredehoft & Cohen, P.C., jointly and severally, must pay fees in the amount of $8,825.62 within 10 days from the date of the accompanying Order.

ENTERED this 23rd day of August, 2007.

                                            _____/s/_____
                                            THERESA CARROLL BUCHANAN
                                            UNITED STATES MAGISTRATE JUDGE
Alexandria, Virginia